IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj- 739 |
| | ) | |
| DANIEL SKINNER, | ) | Court Date: January 5th, 2026 |
| | ) | |
| Defendant. | ) | |

**<u>CRIMINAL INFORMATION</u>**

Count I (Class A Misdemeanor – E1378019)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 28th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL SKINNER, did intentionally prevent or attempt to prevent a law enforcement officer from lawfully arresting him.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-460.)

Count II (Petty Offense – E1378018)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 28th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, DANIEL SKINNER, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Joint Base Myer-Henderson Hall. (In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

By: _____/s/_____
Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov

CERTIFICATE OF SERVICE

     I certify that on December 29, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

                By:        /s/
                       Cain Crouse
                       Special Assistant United States Attorney
                       United States Attorney's Office
                       Eastern District of Virginia
                       2100 Jamieson Avenue
                       Alexandria, VA 22314
                       Phone: 703-299-3896
                       Fax: 703-299-3980
                       Email: cain.crouse@usdoj.gov